IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:              :       MISCELLANEOUS
                               :
AARON MAURICE SMITH            :       NO. 02-191

ORDER TO SHOW CAUSE

AND NOW, this 25th day of July 2002, it appearing that on February 26, 2002 the respondent having been disbarred from the practice of law by the Supreme Court of Pennsylvania,

ORDERED that the respondent file with this court within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D that the imposition of identical discipline by this court would be unwarranted and the reasons therefore.

FOR THE COURT:

_____
JAMES T. GILES
Chief Judge